Order entered December 11, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00820-CR
No. 05-11-00821-CR

**SAMUEL MONCADA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause Nos. F09-72070-H & F09-72067-H**

# O R D E R

Before Justices FitzGerald, Richter, and Fillmore

These cases were submitted to the Court on December 11, 2012. The Court has determined that the issues raised by Samuel Moncada have been inadequately briefed. Further, the State failed to file a brief in this case.

Due to the seriousness of the charges against Moncada, we **ORDER** the trial court to conduct a hearing to determine whether Moncada is indigent. If Moncada is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel. If Moncada is not indigent, we **ORDER** the trial court to determine whether Moncada wishes to proceed with his current counsel or to retain new counsel to represent him in this appeal.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

These appeals are **ABATED** to allow the trial court to comply with the above order. The appeals shall be reinstated thirty days from the date of this order or when the findings and recommendations are received, whichever is earlier. Upon reinstatement of these appeals, this Court will determine an appropriate schedule for additional briefing by Moncada and initial briefing by the State.

ROBERT M. FILLMORE
PRESIDING JUSTICE